```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
         v.                  ) Criminal No. 06-224
                             )
RASHEED YOUNG,               )
     Defendant.              )
```

## ORDER

AND NOW, this 24th day of January, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 17, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, February 2, 2007 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster           , J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Scott W. Brady,
      Assistant United States Attorney

      Jay J. Finkelstein,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation